UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMY BLEILE,

            Plaintiff,

     v.                                    Case No. 2:16-CV-154

K&A DREAMS, LLC

            Defendant.

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Amy Bleile, and Defendant, K & A Dreams, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal Without Prejudice as the parties have amicably resolved their differences. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 18th day of May, 2016**.**

| | |
|---|---|
| /s/ Michael A. Chester | /s/ Connie Korth |
| Michael A. Chester, Esq. | Connie P. Korth, Esq. |
| mchester@szalaw.com | 20975 Swenson Drive, Suite 250 |
| Alabama Bar: ASB-3904-L74C | Waukesha, WI 53186 |
| SCHWARTZ ROLLER & ZWILLING | Telephone: (262) 923-8650 |
| 600 Vestavia Parkway, Ste 251 | Facsimile: (262) 923-8680 |
| Birmingham, AL 35216 | Email: ckorth@simandlhrlaw.com |
| 205-822-2701 – Telephone | |
| 205-822-2702 – Facsimile | |
| | |
| Attorney for Plaintiff, Amy Bleile | Attorney for Defendant, K & A Dreams, LLC |